IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CORA MADISON, #172714, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:10-cv-938-ID |
| | ) |
| WARDEN FRANK ALBRIGHT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 12) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED. This matter is DISMISSED without prejudice due to Plaintiff's abandonment of her claim, failure to comply with the orders of this court and failure to properly continue prosecution of this cause of action.

A separate judgment shall issue.

Done this 21st day of March, 2011.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE